# United States District Court
## Violation Notice

CVB Location Code: **WW13**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| **LM012790** | **Purchase** | **P3968** |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐CFR  ☐USC  ☒State Code |
|---|---|
| **9/9/2014 06:50** | **RCW 46.61.502** |

LM012790

Place of Offense

41ST DIVISION DR  and 41ST GATE (OUTBOUND)    BUSINESS

Offense Description: Factual Basis for Charge          HAZMAT ☐

**Drv Under Infl Of Alcohol/Drug**

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| **LEHNARTZ** | **DAVID** | **A** |

A ☒ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (above).

B ☐ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.** SEE INSTRUCTIONS (above)

Forfeiture Amount

$25.00 Processing Fee

**PAY THIS AMOUNT -->**     **Total Collateral Due**

YOUR COURT DATE
(if no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X  Defendant Signature       *MAILED*

(Rev. 01/2011)           Return to CVB With Payment

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 9/9/2014, while exercising my duties as a law enforcement officer in the Western District of Washington.

AT THE LISTED TIME I RESPONDED TO THE LISTED LOCATION FOR A TRAFFIC ACCIDENT WITH INJURIES. INVESTIGATION REVEALED THAT A TRAFFIC STOP WAS ATTEMPTED ON LEHNARTZ, AT WHICH TIME LEHNARTZ, WITH A WANTON AND WILLFUL DISREGARD FOR HIS SAFETY AND THE SAFETY OF THE PUBLIC, FAILED TO YIELD TO THE POLICE OFFICER AND OPERATED HIS VEHICLE IN A RECKLESS MANNER, WHILE TRAVELING AT A HIGH RATE OF SPEED, PASSING ANOTHER VEHICLE ON THE RIGHT, ON A TWO LANE ROADWAY AT NIGHT TIME. LEHNARTZ LOST CONTROL OF HIS VEHICLE ATTEMPTING TO LEAVE THE INSTALLATION, AND SLID OFF THE ROADWAY MAKING PHYSICAL CONTACT WITH A TRAFFIC BARRIER SYSTEM, LAUNCHING LEHNARTZ AND HIS VEHICLE INTO THE ROAD. UPON CONTACT WITH LEHNARTZ, A STRONG ODOR OF AN ALCOHOLIC BEVERAGE WAS DETECTING EMITTING FROM HIS PERSON AND BREATH. LEHNARTZ WAS UNABLE TO PERFORM SFST'S DUE TO HIS INJURIES. LEHNARTZ WAS TRANSPORTED TO A HOSPITAL FOR FURTHER EVALUATION. A DOL CHECK OF LEHNARTZ' KENTUCKY STATE DRIVER'S LICENSE RETURNED CLEAR AND VALID. THE VEHICLE REGISTRATION AND INSURANCE WERE ALSO CLEAR AND VALID. AT THE HOSPITAL, LEHNARTZ WAS ADVISED OF HIS CONSTITUTIONAL RIGHTS FROM THE WSP DUI PACKET WHICH HE ACKNOWLEDGED UNDERSTANDING BY HIS SIGNATURE AND INVOKED HIS RIGHTS. A SEARCH WARRANT WAS OBTAINED AND A SAMPLE OF HIS BLOOD WAS TAKEN FOR ANALYSIS. LEHNARTZ WAS RELEASED TO HIS UNIT AT THE HOSPITAL. THE VEHICLE WAS TOWED BY WESTERN TOWING. AN ANALYSIS OF THE BLOOD FROM THE STATE TOXICOLOGY LABORATORY RESULTED IN THE FOLLOWING FINDINGS: BLOOD TEST RESULTED IN 0.068 +/- 0.0056 G/100ML (K=3, 99.7% CONFIDENCE LEVEL).

The foregoing statement is based upon:

☐ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   7/1/2014
              Date(mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:   _____
              Date(mm/dd/yyyy)        U.S. Magistrate Judge Signature

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license;  **CMV** = Commmercial vehicle in incident.