```
_____ FILED _____ LODGED
            _____ RECEIVED
November 10, 2014
      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR14- 5513 |
| Plaintiff, | |
| v. | INFORMATION |
| DAVID A. LEHNARTZ, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

## COUNT I

On or about September 9, 2014, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, DAVID A. LEHNARTZ, did drive a motor vehicle while under the influence of intoxicating liquor.

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.61.502.

## COUNT II

On or about September 9, 2014, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial

INFORMATION
United States v. DAVID A. LEHNARTZ
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

jurisdiction of the United States, DAVID A. LEHNARTZ, did drive a motor-vehicle with willful or wanton disregard for the safety of persons or property.

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.61.500.

## COUNT III

On or about September 9, 2014, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, DAVID A. LEHNARTZ, willfully failed to stop when requested or signaled to do so by a person reasonably identifiable as a law enforcement officer.

All in violation of 18 U.S.C. § 7, 40 U.S.C. § 1315, 32 C.F.R. Pt. 210, and R.C.W. 46.61.022.

DATED this 6th day of November, 2014.

ANNETTE L. HAYES
Acting United States Attorney

_____
BENJAMIN M. OWENS-FILICE
Special Assistant United States Attorney

INFORMATION
United States v. DAVID A. LEHNARTZ
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil