AO 442 (Rev. 10/03) Warrant for Arrest

FILED RECEIVED
MAY 25 2016
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

FILED LODGED
BENCH COPY
RECEIVED
MAY 25 2016
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA
V.
LEHNARTZ, DAVID A
175 JERRY HARDESTY RD
EKRON, KY 40117

**WARRANT FOR ARREST**

Case Number: CR14-5513

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    LEHNARTZ, DAVID A
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☑ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Driving under the influence of intoxicating liquor
Reckless Driving
Failure to Obey Officer

in violation of Title  18  United States Code, Section(s)  7 and 13

Kim Brye
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

_Kim B. [signature]_
Signature of Issuing Officer

December 29, 2014   at Tacoma, Washington
Date and Location

**ARRESTED**

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Wabasha Co. Minneapolis, Minnesota

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-29-14 | DUSM @ minneapolis, mn. | Gail Whitacre, Ops Suppt Spec (for) |
| DATE OF ARREST 5-24-16 | | |